·STATE OF IOWA v. CHARLES SAYLES, Appellant.

AFFIRMANCE ON TRANSCRIPT.

*Appeal from Pottawattamie District Court.*—HON. A. B. THORNELL, Judge.

TUESDAY, OCTOBER 23, 1894,

INDICTMENT for cheating by false pretenses. Verdict of guilty, and judgment, from which the defendant appealed.—*Affirmed.*

No appearance for appellant, and the cause was submitted on a transcript.

PER CURIAM.—The record shows the indictment, a plea of not guilty, a trial, verdict, and judgment. The proceedings appear to be regular and without error. The judgment is AFFIRMED.

---

STATE OF IOWA v. SAM FLINT, Appellant.

AFFIRMANCE ON TRANSCRIPT.

*Appeal from Polk District Court.*—HON. C. P. HOLMES, Judge.

THURSDAY, OCTOBER 25, 1896.

INDICTMENT for an assault with intent to commit murder. There was a judgment of conviction, and the defendant appealed.—*Affirmed.*

No appearance for appellant and the attorney general submitted the cause on a transcript.

PER CURIAM.—The transcript is a partial one, showing the indictment, judgment entry, and the appeal. Nothing in the record shows error in the proceedings, and the judgment is AFFIRMED.